UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CARLO PEDRIOLI, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:17-cv-00577-PGB-GJK |
| BARRY UNIVERSITY, INC., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule 41(a)(1)(A)(ii) and this Court's Order at ECF No. 52, Plaintiff, Carlo Pedrioli and Defendant, Barry University, Inc. (collectively referred to herein as the "Parties), by and through their respective undersigned counsel, hereby stipulate to a voluntary dismissal of the above-entitled action in its entirety, with prejudice as to all claims, and with each party to bear its own costs and attorneys' fees, except as otherwise provided, and with a further full and complete waiver of all rights of and on appeal.  The Parties jointly request that the Court retain jurisdiction to enforce the terms of the settlement agreement reached in the case.

WHEREFORE, the Parties respectfully request that this Court enter an Order dismissing this lawsuit with prejudice and retaining jurisdiction to enforce the terms of the settlement agreement.

Dated: August 14, 2018

Respectfully submitted,

| | |
|---|---|
| By: */s/ Martha A. Chapman* | By: */s/ David E. Block* |
| Martha A. Chapman, Esq. (0004464) | David E. Block, Esq. (108820) |
| Email: *marty@martychapmanlaw.net* | Email: *david.block@jacksonlewis.com* |
| | Naveen Paul, Esq. (98059) |

CASE NO. 6:17-cv-00577-PGB-GJK

E-mail: *naveen.paul@jacksonlewis.com*

| | |
|---|---|
| MARTHA A. CHAPMAN, P.A. | JACKSON LEWIS P.C. |
| 1219 E. Livingston Street | One Biscayne Tower, Suite 3500 |
| Orlando, FL  32803 | 2 South Biscayne Boulevard |
| Telephone:  (407) 896-4835 | Miami, Florida 33131 |
| Facsimile:  (407) 574-7912 | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-4466 |
| | |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Carlo Pedrioli* | *Barry University, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on August 14, 2018, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Naveen Paul
Naveen Paul, Esq.

CASE NO. 6:17-cv-00577-PGB-GJK

## SERVICE LIST

**CARLO PEDRIOLI V. BARRY UNIVERSITY, INC.**
**CASE NO: 6:17-cv-00577-PGB-GJK**

Martha A. Chapman, Esq. (0004464)
Email: *marty@martychapmanlaw.net*

MARTHA A. CHAPMAN, P.A.
1219 E. Livingston Street
Orlando, FL  32803
Telephone:  (407) 896-4835
Facsimile:  (407) 574-7912

*Counsel for Plaintiff,*
*Carlo Pedrioli*

Served via transmission of Notices of Electronic Filing generated by CM/ECF

David E. Block, Esq. (108820)
Email: *david.block@jacksonlewis.com*
Naveen Paul, Esq. (98059)
E-mail: *naveen.paul@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant,*
*Barry University, Inc.*

Served via transmission of Notices of Electronic Filing generated by CM/ECF

4835-2963-4669, v. 1